TIMOTHY J. RYAN (99542)
tryan@ryanlg.com
REBEKKA R. MARTORANO (173600)
rmartorano@ryanlg.com
THE RYAN LAW GROUP
400 Capitol Mall, Suite 2540
Sacramento, California 95814
Telephone: (916) 924-1912
Facsimile: (916) 923-3872
Attorneys for Defendant Alaska Airlines, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMESHA LEWIS, | Case No. 3:21-cv-09968-JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL;** **[PROPOSED] ORDER** |
| ALASKA AIRLINES, INC., and DOES 1-20 | |
| Defendants. | Judge: Hon. Joseph C. Spero |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) in its entirety.

This dismissal follows a settlement reached by the parties as reflected in the parties' notice of settlement filed January 26, 2023 (Docket No. 37.)  A confidential release has been signed by Plaintiff.  A few matters related to the settlement remain to be completed, including final resolution of a Medicare lien. The parties agree that the Court shall retain jurisdiction over the case until these final issues are resolved, including jurisdiction to enforce the settlement should a dispute arise.

///

///

///

**IT IS SO STIPULATED.**

Dated: April 24, 2023                    **LAW OFFICES OF ANDY KATZ**

                                         By:  /s/ Andy Katz (as authorized 4/24/2023)
                                              ANDY KATZ
                                              Attorneys for Plaintiff Jamesha Lewis


Dated: April 24, 2023                    **THE RYAN LAW GROUP**

                                         By:  /s/ Rebekka R. Martorano
                                              TIMOTHY J. RYAN
                                              REBEKKA R. MARTORANO
                                              Attorneys for Defendant Alaska Airlines, Inc.


**ORDER**

Pursuant to the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) in its entirety. The Court shall retain jurisdiction over the case until any final issues related to the settlement are resolved, including jurisdiction to enforce the settlement should a dispute arise.

Dated: April 25, 2023                    _____
                                         United States District Court Magistrate Judge
                                         Joseph C. Spero